HERMON L. ENSIGN, Respondent, *v.* FREDERICK TRACY NELSON, Appellant.

(Argued January 29, 1889; decided February 8, 1889.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made June 19, 1888, which affirmed an order of Special Term denying a motion by defendant to vacate an order of arrest, and also affirmed an order of Special Term granting a motion by plaintiff to submit the complaint herein as part of the papers in opposition to defendant's said motion.

*George W. Blunt* for appellant.

*Sumner B. Stiles* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.